JAMES R. OLSON, ESQ.
Nevada Bar No. 000116
STEPHANIE ZINNA, ESQ.
Nevada Bar No. 011488
OLSON CANNON GORMLEY
& STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
jolson@ocgas.com
szinna@ocgas.com
702-384-4012
702-383-0701 fax

Attorneys for Defendant
*IKEA Property, Inc. dba IKEA*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALETHEA NAUMANN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>IKEA PROPERTY, INC., a foreign Delaware corporation, d/b/a IKEA; DOE Individuals I through X; and ROE Corporations and Organizations I through V, inclusive,<br><br>Defendants. | CASE NO. 2:22-cv-00230-ART-DJA<br><br>**ORDER GRANTING**<br>**STIPULATION AND ORDER TO REMAND REMOVED ACTION** |

    ALETHEA NAUMANN (Plaintiff) and IKEA PROPERTY, INC. dba IKEA (Defendant) stipulate as follows:

    1. On December 28, 2021, Plaintiff commenced an action in the Eighth Judicial District Court, Clark County, Nevada, Case No. A-21-846005-C.

    2. Defendant acknowledged service of the complaint on or about January 14, 2022.

    3. On February 4, 2022, Defendant filed a notice of removal of the action and statement of removal of civil action pursuant to USC § 1441(b) with the United States District

Court for the District of Nevada.

4. On February 7, 2022, Defendant filed the Petition for Removal.
5. After discussions, the parties have agreed that the action should be remanded to the Eighth Judicial District Court, Clark County, Nevada.
6. The parties further stipulate that each party shall bear its own attorneys' fees and costs with respect to removal and the subsequent remand of the action pursuant to this stipulation and order.

| | |
|---|---|
| OLSON CANNON GORMLEY & STOBERSKI | O'REILLY LAW GROUP |
| /s/ *Stephanie Zinna* | /s/ *Tracie M. Jefcik* |
| JAMES R. OLSON, ESQ.<br>Nevada Bar No. 000116<br>STEPHANIE ZINNA, ESQ.<br>Nevada Bar No. 011488<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89129<br>*Attorney for Defendant* | TIMOTHY R. O'REILLY, ESQ.<br>Nevada Bar No. 008866<br>TRACIE JEFCIK, ESQ.<br>Nevada Bar No. 015575<br>400 S. 7th Street, Suite 400<br>Las Vegas, Nevada 89101<br>*Attorney for Plaintiff* |

### ORDER

On May 31, 2022, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;
2. United States District Court for the District of Nevada case number 2:22-cv-00230-ART-DJA, ALETHEA NAUMANN v. IKEA PROPERTY, INC. dba IKEA is hereby remanded to the Eighth Judicial District Court, Clark County, Nevada.

**IT IS SO ORDERED.**

**DATED: June 1, 2022**

Anne R. Traum
UNITED STATES DISTRICT JUDGE

Page 2